UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -against-

Gregg Brie

                                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 404 ( ) ( )

Defendant __Gregg Brie__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

(During a phone call on June 14, 2021, Mr. Brie authorized Benjamin Gold to affix his electronic signature to this form)

_Gregg Brie_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Gregg Brie
Print Defendant's Name

_Ben G_
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/15/2021
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge